UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 06-C-0496

v.

DONALD FEHRMAN,
PENNY I. FEHRMAN,
ASSOCIATED VETERINARY SERVICES,
NORTHLAND VETERINARY HOSPITAL, LLC,
MID-COUNTY COOPERATIVE,

        Defendants.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The above-entitled action having been heard on the 20th day of September, 2006 and the Court having considered the pleadings, affidavits and other documents now on file, and the Court having further considered the presentation by counsel for the plaintiff given in open Court, the Court hereby makes the following findings of fact and conclusions of law:

### FINDINGS OF FACT

1. The defendants are wholly in default.

2. That the allegations set forth in plaintiff's complaint are proven true.

3. That the mortgaged premises are described as follows:

    The South ½ of the Southeast ¼ of Section 23, Township 27 North, Range 13 East, Shawano County, Wisconsin, lying North of Highway 29; except that part conveyed for highway purposes described in Volume 826 on pages 240-241, as Document No. 484157

Property Address: W12512 State Highway 29
                            Leopolis, WI 54948

4. That notice of the pendency of this action was duly given on the 23rd day of May, 2006, by filing a Lis Pendens in the office of the Register of Deeds for Shawano County, Wisconsin. This was done in the manner and form required by law, after the filing of the complaint herein, and more than twenty (20) days prior to the trial or other resolution of this action.

5. That there is now due to the United States the following sums:

| | |
|---|---|
| Principal | $78,917.81 |
| Interest to September 20, 2006 | $ 3,498.35 |
| Title Fees | $ 60.00 |
| Lis Pendens Fees | $ 17.00 |
| Service Fees | $ 131.77 |

6. That no other proceedings have been held at law or otherwise for the recovery of the sum secured by the promissory notes, and mortgage.

## CONCLUSIONS OF LAW

1. That the plaintiff is entitled to judgment of foreclosure of the premises in the usual form as prayed for in plaintiff's complaint in accordance with the above findings of fact.

2. That the defendants and all persons claiming under them subsequent to the filing of the notice of the pendency of this action be and hereby are forever barred and foreclosed of all right, title, interest, claim and equity of redemption in and to the lands and premises or any part, parcel, or portion thereof.

3. That the defendants shall not be granted a period of redemption.

4. That the subject premises be sold as a whole or in parts at a public sale, and the sale shall be conducted by or under the direction of the United States Marshal for the Eastern District of Wisconsin.

5.      That in accordance with the plaintiff's prayer for judgment, the plaintiff shall seek a personal deficiency judgment against Donald and Peggy Fehrman if the proceeds of the sale are less than the sum of money to be paid to plaintiff.

6.      That if necessary to secure possession of said premises, the Clerk of Court, upon application by plaintiff, shall issue a writ of assistance.

IT IS THEREFORE ORDERED that foreclosure of said mortgage in the usual form as provided by and in accordance with the above Findings of Fact and Conclusions of Law be entered in this action.

Dated at Green Bay, Wisconsin, this 20th day of September, 2006.

HONORABLE WILLIAM C. GRIESBACH
United States District Judge

3